UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62261-BLOOM/Valle

AHMAD AL-AUOISI,

    Plaintiff,

vs.

SYNERGETIC COMMUNICATIONS, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon *sua sponte* review of the record. On October 17, 2018, the Court entered an Order Administratively Closing Case, ECF No. [5], instructing the parties to file a stipulation for dismissal on or before October 26, 2018. To date, the parties have not complied, nor have they shown cause.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;
2. Each party shall bear its own attorneys' fees and costs;
3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of October, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 18-cv-62261-BLOOM/Valle

Copies to:

Counsel of Record